# UNITED STATES DISTRICT COURT

      EASTERN       **District of**       CALIFORNIA

| | |
|---|---|
| CHARLES STARRETT BAILEY,<br>Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:05-at-00690 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

---

---

ENTER this   1   day of   June  ,  2005 .

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer