1  **DENNIS M. BROMBERG, #89432**
   Attorney at Law
2  5707 N. West Ave.
   Fresno, CA  93711
3  (559) 431-5700

4  Attorney for Plaintiff

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8  CHARLES S. BAILEY                    )
                                        )
9                                       )
                 Plaintiff,             )    Case No:   05-CV-00712-AWI-DLB
10                                      )
                                        )
11                                      )
   JO ANNE B. BARNHART,                 )
12 Commissioner of Social               )    **STIPULATION AND ORDER**
   Security                             )    **TO EXTEND TIME**
13               Defendant(s).          )
                                        )
14 _____)

15      The parties, through their respective counsel, stipulate that plaintiff's time to prepare

16 and file the confidential letter brief be extended from November 14, 2005 to December 15,

17 2005.

18      This is plaintiff's first request for an extension of time to prepare the plaintiff's

19 confidential letter brief.

20      Plaintiff needs the additional time to adequately review the file and prepare a response

21 to this matter.

22

23 //

24

25 //

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 15, 2005 | /s/ Dennis M. Bromberg |
| 3 | | Dennis M. Bromberg<br>Attorney for plaintiff |

Dated: November 16, 2005          /s/Kimberly A. Gaab
                                                  Kimberly A. Gaab
                                                  (as authorized via facsimile)
                                                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 16, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE

2