**DENNIS M. BROMBERG - 89432**
BROMBERG & ISHIKAWA
5707 North West Avenue
Fresno, California  93711
(559) 431-5700

Attorney for CHARLES BAILEY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BAILEY,** | CASE NO.  CV-F 05- 712 AWI DLB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME** |
| v | |
| **JO ANNE B. BARNHART, Commissioner of Social Security,** | |
| Defendant, | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due February 19, 2006, and is therefore requesting additional time in which to file his motion until March 21, 2006.

Dated:  February  15 , 2006

/s/ Dennis Bromberg
DENNIS M. BROMBERG,
Attorney for Plaintiff, CHARLES BAILEY

Dated:  February  14 , 2006

/s/ Kimberly Gaab
KIMBERLY GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **February 17, 2006**         /s/ **Dennis L. Beck**
3c0hj8                                                                    UNITED STATES MAGISTRATE JUDGE