**DENNIS M. BROMBERG - 89432**
BROMBERG & ISHIKAWA
5707 North West Avenue
Fresno, California  93711
(559) 431-5700

Attorney for CHARLES BAILEY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BAILEY,<br><br>            Plaintiff,<br><br>     v<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>            Defendant, | CASE NO.  1:05CV00712 AWI DLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due March 21, 2006, and is therefore requesting additional time in which to file his motion until April 21, 2006.

Dated:  March __21__, 2006         /s/ DENNIS M. BROMBERG
_____
DENNIS M. BROMBERG,
Attorney for Plaintiff, CHARLES BAILEY

Dated:  March __20__, 2006         /s/ KIMBERLY A. GAAB
_____
KIMBERLY GAAB
Assistant U.S. Attorney

            IT IS SO ORDERED.

     Dated:   __March 23, 2006__         _____ **/s/ Dennis L. Beck**_____
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE