**DENNIS M. BROMBERG - 89432**
BROMBERG & ISHIKAWA
5707 North West Avenue
Fresno, California 93711
(559) 431-5700

Attorney for CHARLES BAILEY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BAILEY,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v<br><br>**JO ANNE B. BARNHART,**<br>**Commissioner of Social Security,**<br>　　　　　　**Defendant,** | CASE NO. 1:05CV00712 AWI DLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due April 21, 2006, and is therefore requesting additional time in which to file his motion until May 21, 2006.

Dated: April __21__, 2006

　　　　　　　　　　　　　　　/s/ DENNIS BROMBERG_____
　　　　　　　　　　　　　　　DENNIS M. BROMBERG,
　　　　　　　　　　　　　　　Attorney for Plaintiff, CHARLES BAILEY

Dated: April __20__, 2006

　　　　　　　　　　　　　　　/S/ KIMBERLY GAAB_____
　　　　　　　　　　　　　　　KIMBERLY GAAB
　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　IT IS SO ORDERED.

　　**Dated:　April 28, 2006**　　　　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE