1

**DENNIS M. BROMBERG - 89432**
BROMBERG & ISHIKAWA

2

5707 North West Avenue
Fresno, California  93711

3

(559) 431-5700

4

Attorney for CHARLES BAILEY

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

**CHARLES BAILEY,**                              )          **CASE NO.  1:05CV00712 AWI DLB**

12

                               **Plaintiff,**    )          **STIPULATION AND ORDER TO**
                                                 )          **EXTEND TIME**

13

             **v**                               )

14

**JO ANNE B. BARNHART,**                         )
**Commissioner of Social**                       )

15

**Security,**                                    )
                               **Defendant,**    )

16

_____ )

17

        Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due

18

May  21, 2006, and is therefore requesting additional time in which to file his motion until

19

June  21, 2006.

20

Dated:   May    __23__ , 2006          /s/ Dennis M. Bromberg

21

                                        _____
                                        DENNIS M. BROMBERG,

22

                                        Attorney for Plaintiff, CHARLES BAILEY

23

Dated:   May    __23__ , 2006          /s/ Kimberly Gaab

24

                                        _____
                                        KIMBERLY GAAB

25

                                        Assistant U.S. Attorney

26

        IT IS SO ORDERED.

27

   **Dated:   __May 25, 2006__**          _____ **/s/ Dennis L. Beck** _____
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE

28